NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Hank Bates (SBN 167688)
hbates@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
One Allied Drive, Suite 1400
Little Rock, Arkansas 72202
(501) 312-8500

ATTORNEY(S) FOR: Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL VICKERY, individually, and on behalf of all others similarly situated, <br><br> Plaintiff(s), <br><br> v. <br><br> ALBERT CORPORATION and ALBERT CASH, LLC, <br><br> Defendant(s) | CASE NUMBER: <br><br> 2:26-cv-06492 <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Plaintiff Samuel Vickery _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Albert Corporation | Defendant |
| Albert Cash, LLC | Defendant |
| Samuel Vickery | Plaintiff |
| Carney Bates & Pulliam, PLLC | Plaintiff's Counsel |
| Jacobson Phillips PLLC | Plaintiff's Counsel |
| Absent members of the putative classes | Absent members of the putative classes |

June 18, 2026                           /s/ Hank Bates
Date                                    Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Samuel Vickery

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**